AO 442 (Rev. 11/11) Arrest Warrant (Page 1)

# UNITED STATES DISTRICT COURT

for the
District of Arizona

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No.   CR-23-01688-001-TUC-JAS (MAA) |
| | ) | |
| | ) | |
| | ) | |
| Charles W. Preston, II | ) | |
| *Defendant* | | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States Magistrate Judge without unnecessary delay

*(name of person to be arrested)*   Charles W. Preston, II

who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☒ Order of the Court

This offense is briefly described as follows:

18:39A Aiming a laser pointer at an aircraft
18:3146: Failure to Appear

Date:   December 15, 2023

*Issuing officer's signature*

City and state:   Tucson, Arizona

Susana Barraza, Deputy Clerk
*Printed name and title*

### Return

This warrant was received on *(date)* 12/23/2023, and the person was arrested on *(date)* 03/06/2024
at *(city and state)* Tucson, Arizona.

Date: 03/06/2024

*Arresting officer's signature*

Kavesh Gieowar-Singh, Special Agent
*Printed name and title*

cc: USMS, AUSA, PTS